IN THE UNITED STATES DISTRICT
WESTERN DISTRIC OF KY COURT

P1

5:24CV-18-JHM

1983 COMPLAINT PRO SE
BLEVENS VS 6 NARCOTIC OFFICERS

PAUL JACKSON    PLAINTIFF
JESSICA JACKSON

FILED
JAMES J. VILT, JR. - CLERK
JAN 26 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

VS

SGT NOAH PAGE    DEFENDANTS
DESTIN OWENS
CALLOWAY COUNTY
WEST KY CORRECTIONAL HEALTH CARE
NURSE PROVIDER SHELIA PEEK
NURSE PROVIDER CHRISY WORTHAM
CALLOWAY OFFICERS JOHN DOE #1
CALLOWAY OFFICERS JOHN DOE #2
CALLOWAY OFFICERS JOHN DOE #3
LT BRIAN
INMATE KHRIS CELL 150

ALL SUE PROFESSIONALLY & PERSONALLY

ACTUAL DEMAND 100 MILLION

PUNATIVE DEMAND 100 MILLION

INJUNCTIVE RELIEF   EPO FOR PLAINTIFFS

# COMPLAINT                                        P1

THE DEFENDANTS ALL AND TOGETHER HAVE COMMITTED AN ARBITRARY STATE ACTION VIOLATING CH 2 OF THE KY CONSTITUTION ACTING WITH DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH, SAFETY & SERIOUS MEDICAL NEEDS CAUSING THE IIED UNNECESSARY WANTON INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS AND RECKLESSLY ENDANGERING THE LIFE OF JESSICA JACKSON & CAUSING EXTREME PSYCHOLOGICAL PAIN TO HER AND HER MENTALLY ILL HUSBAND PAUL JACKSON VIOLATING 42 USC PROTECTION OF MENTALLY ILL ACT AND THEIR 1ST 8TH 5TH & 14TH AMENDMENT RETALIATING AGAINST THE PLAINTIFFS PAUL JACKSON IS AN MENTALLY ILL PRETRIAL DETAINEE AT CALLOWAY COUNTY BEING TORTURE BY STAFF AND INMATES VIOLATING 18 USC 2340-2340A CAT UNITED NATIONS COMMISSION AGAINST TORTURE PROTECTIONS THE DEFENDANTS HAVE AND ARE ALL & TOGETHER INTENTIONALLY INFLICTING CRUEL & UNUSUAL PUNISHMENT ON THE PLAINTIFFS

P2

THE DEFENDANTS ARE ALL ALTOGETHER ACTING AS AGENTS OF CALLOWAY COUNTY AND UNDER THE COLOR OF LAW

CALLOWAY COUNTY DEFENDENT HAVE AN DEFACTO POLICY OF EVICTION AND UNDER MONELL PLAINTIFFS MUST SITE THE POLICY OR CUSTOM CONNECT THE POLICY TO THE MUNICIPALITY & CLAIM THE POLICY IS THE MOVING FORCE BEHIND THEIR INJURYS

CALLOWAY COUNTY 1ST HAS AN POLICY TO PROVIDE & CONSUMATE MEDICAL CARE & NON MEDICAL STAFF DOING THE DUTYS OF MEDICAL STAFF IS DELIBERATE INDIFFERANCE AND JAIL STAFF NAME AS JOHN DOE WILL BE NAMED AFTER DISCOVERY IS COMPLETE JAIL OFFICERS ARE ADMINISTERING PRESCRIPTION MEDS TO MR JACKSON AND THE OFFICERS ARE FROUDULANTLY REPRESENTING THEM SELVES AS MEDICAL STAFF THEN SIGNING REFUSAL THAT ARE LEGAL MEDICAL DOCUMENTS WITH



THE NAME OF OFFICER & THEIR BADGE #'S AS THE NURSES AND MEDICAL STAFF ON THE LEGAL MEDICAL REFUSALS AS MEDICAL STAFF NON-MEDICAL STAFF DOING THE DUTYS OF MEDICAL STAFF IS DELEBERATE INDIFFERANCE

#2
SGT NOAH PAGE HAS CREATED AN DESPLINARY REPORT RETELIATING AGAINST MR PAUL JACKSON & HIS WIFE JESSICA JACKSON FOR AN INMATE NAME KHRES IN CELL 150 INTENTIONALY PUTTING JESSICA JACKSONS NAME AND PHONE # IN THE VIOLANT INMATES DESIPLINARY REPORT AND HAD INMATE KHRES IN CELL 150 PUT JESSICAS PHONE # ON THE BATHROOM WALL AND THREAT PAUL JACKSON WITH VIOLANCE AND EVEN GO AS FAR AS HAVE THE INMATE KHRES OFFER TO PAY INMATES TO BRUTIALY ASSAULT PAUL JACKSON WHO IS MENTALY ILL THE LT BRIAN REMOVED PAUL JACKSON FROM THE CELL 150 BUT REFUSED TO REMOVE JESSICA JACKSONS NAME FROM THE BATHROOM WALL

AND KNOW INMATE DESTIN OWEN AH SEXUAL PREDATOR IN JAIL FOR 1ST DEGREE RAPE IS CALLING THREATENING & SEXUAL HARRESSING JESSICA JACKSON AS WELL AS OTHER PEOPLE ON THE STREETS CALLING HER THREATING HER THE CONDUCT OF THE OFFICERS AND DEFENDANT ALL & TOGETHER IS SO OUTRAGOUS, RECLESS, INTENTION INTOLLERABLE THAT IT IS SADISTIC AND MALICOUS AND VIOLATES STANDARDS OF DECANCY & MORALS IN AH CIVELIZED SOSIETY

THE DEFENDANT ACTION KNOW NO LIMETS TO THE TORTURE AND MENTAL ABUSE OF PAUL JACKSON THE MENTALY ILL PRETRIAL DETANEE WHO ONLY HAS TO PROVE RECLESS DISREGUARD TO HIS HEALTH/SAFTY AND SERIOUS MEDICAL NEED UNDER BRAWNERD KINGSLY

# 3 IN ADDITION CPP 15-01-01 STATE ALL LIVING UNITS MUST BE MANNED ON AH 24 HOUR AH DAY 7 DAY AH WEEK BASIS AND OFFICERS MUST MAINTAIN AH ROVENG PATROL WHICH THEY DO NOT

P5

AND HAS LEDD TO THE INJURYS OF THE PLAINTIFFS CAUSING PHYZICAL PHYCOLOGICAL PAIN + SEVERE EMOTIONAL DISTRESS AND RECKLASSLY ENDANGERING BOTH OF THE PLAINTIFF LIVES THE PLAINTIFF HAVE SUCESSFULLY STATED A CLAIM UNDER MONELL AND THE INJURYS AND VIOLATION OF DEFENDANT POLICY IS THE MOVING FORCE BEHIND THEIR INJURYS PHYICALY PHYCOLOGICALY, EMOTIONALLY CONSTITUTIONALY + JUDICIALY NOW CALLOWAY COUNTY JAIL REFUSES TO CONTACT THE KY STATE POLICE AS MR PAUL JACKSON HAS BEGED TO PROTECT HIS WIFE

PAUL JACKSON IS A MENTALY ILL PRETRIAL DETAINEE AND BELONGS TO A PROTECTED CLASS OF DETAINEES PARTICULARY VULNERABLE TO ASSAULT REEDY VS WEST 988 F 3d 907 (6th Cir 2021)

PROVIDER PEEK & WORTHAM MUST CONSUMMAT MEDICAL CARE NOT THE OFFICERS AND ARE NOT EVEN IN THE BUILDING WHEN NON-MEDICAL STAFF (OFFICERS) ARE DOING THE DUTYS OF MEDICAL STAFF



P6

CERTIFICATE OF SERVICE

JAN 10 2024

x Paul Jackson
~~Paul Jackson~~

x Jessica Jackson
~~Jessica Jackson~~

