UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**PAUL JACKSON et al.**                                                                                   **PLAINTIFFS**

**v.**                                                                          **CIVIL ACTION NO. 5:24-CV-P18-JHM**

**SGT. NOAH PAGE et al.**                                                                                **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: May 11, 2024

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:   Plaintiffs, *pro se*
4414.009